# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY MARTINEZ, JR., | Case No.: 1:15-cv-00797- JLT |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (Doc. 11) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On November 25, 2015, the parties filed a stipulation for an extension of time for Plaintiff to serve a confidential letter brief. (Doc. 11) The Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested. Based upon the terms of the stipulation, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve a confidential letter brief on or before **December 30, 2015**.

IT IS SO ORDERED.

Dated:   **December 1, 2015**              **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE

1